COPY

1  Dale J. Giali (S.B. No. 150382)
   Howrey LLP
2  4 Park Plaza
3  Irvine, California 92614
   Telephone: (949) 759-3944
4  Facsimile: (949) 266-5529
5  gialid@howrey.com

6  *Attorney for Plaintiffs*

FILED 2009 JUL 17 PM 2:47 CLERK U.S. DISTRICT COURT CENTRAL DIST. CALIF. SANTA ANA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BMW of North America, LLC and
Bayerische Motoren Werke AG,

  Plaintiffs,

  v.

Shahin Safaini d/b/a Super European Automotive,

  Defendant.

Case No. **CV09-5234 SVW(FMOX)**

**COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, BREACH OF CONTRACT AND UNJUST ENRICHMENT; AND DEMAND FOR JURY TRIAL**

Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG (collectively "BMW") seek injunctive and monetary relief from Defendant Shahin Safaini d/b/a (hereinafter "Super European") for trademark infringement, unfair competition, breach of contract and unjust enrichment with regard to Plaintiffs' "BMW" word mark and famous Roundel logo shown below:



HOWREY LLP

DM_US:22271394_1

As alleged more fully below, Defendant has violated, and continues to violate, the Trademark Act of 1946 as amended, 15 U.S.C. § 1125, *et seq.* (the "Lanham Act"), and California law through Defendant's unauthorized use of BMW's Roundel logo and "BMW" word mark on signage at Defendant's automotive business and on Defendant's website at www.supereuropeanauto.com.

## Parties

1. Plaintiff BMW of North America, LLC ("BMW NA") is a Delaware limited liability company having its principal place of business at 300 Chestnut Ridge Road, Woodcliff Lake, New Jersey 07677. BMW NA is a wholly owned subsidiary of BMW (US) Holding Corporation, a Delaware corporation, which is a wholly owned subsidiary of Bayerische Motoren Werke AG ("BMW AG"). BMW NA is responsible for the wholesale distribution of BMW vehicles throughout the United States.

2. Plaintiff BMW AG is a corporation organized under the laws of the Federal Republic of Germany with its principal place of business at Petuelring 130, 80809 Munich, Germany. BMW AG designs and manufactures motor vehicles, parts and other products for sale in Europe and for export and sale throughout the world.

3. Defendant is a California resident doing business as Super European Automotive, having his principal place of business at 4741 Lankershim Boulevard, North Hollywood, CA 91602. Defendant is in the business of servicing and repairing luxury vehicles, including BMWs, in competition with Plaintiffs and their authorized dealers. Defendant has personally directed the infringing activity alleged herein.

## Jurisdiction and Venue

4. This court has personal jurisdiction over Defendant because Defendant resides and conducts business in the State of California.

2

HOWREY LLP

DM_US:22271394_1

5. This court has jurisdiction over the subject matter of this action under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) and 1338(b), and has supplemental jurisdiction under 28 U.S.C. § 1367(a) over BMW's claims under California law.

6. Venue is proper in this District under 28 U.S.C. §1391(b), as Defendant has his principal place of business in this District and, upon information and belief, a substantial part of the events or omissions giving rise to the claim occurred and are occurring in this District.

### BMW's Famous Trademarks

7. BMW is in the business of designing, manufacturing, distributing and servicing motor vehicles and a variety of other products under various trademarks, including the word mark "BMW" and its Roundel logo (shown on pg.1).

8. BMW NA, through itself and its predecessors-in-interest, has been the exclusive licensee and authorized user of the Roundel logo and "BMW" word mark in the United States continuously since at least as early as 1949 in connection with the sale and service of motor vehicles.

9. Since long prior to the acts of Defendant complained of herein, BMW has also used the Roundel logo and "BMW" word mark in connection with its business of designing, manufacturing, and distributing motor vehicles and a variety of other products in the State of California.

10. BMW AG is the owner of the following U.S. Registrations for its Roundel logo and "BMW" word mark:

| Mark | Reg. No. | Reg. Date | Services/Goods |
| --- | --- | --- | --- |
| BMW | 611,710 | Sept. 6, 1955 | Automobiles and motorcycles |
| BMW | 1,164,922 | Aug. 11, 1981 | Motor vehicle repair and |

3

| Mark | Reg. No. | Reg. Date | Services/Goods |
|---|---|---|---|
|  |  |  | maintenance services and dealership services |
| BMW | 1,627,241 | Sept. 18, 1990 | Clothing |
| BMW | 2,816,178 | Feb. 24, 2004 | Antifreeze and automobile paint and engine oils |
| BMW | 3,436,270 | May 27, 2008 | Leasing services for motor vehicles; retail and wholesale financing services for motor vehicles; credit card services; loan services |
| [BMW logo] | 613,465 | Oct. 5, 1955 | Automobiles, motorcycles, and parts thereof |
| [BMW logo] | 1,170,556 | Sept. 22, 1981 | Motor vehicle repair and maintenance services and dealership services |
| [BMW logo] | 1,450,212 | Aug. 4, 1987 | Automobiles, motorcycles, parts thereof, including wheels, and watches, clocks and various other goods and services |

HOWREY LLP

DM_US:22271394_1

| Mark | Reg. No. | Reg. Date | Services/Goods |
|---|---|---|---|
| BMW Roundel logo | 2,752,258 | Aug. 19, 2003 | Cleaning preparations for use in the automotive field, engine oil and various other goods |

These registrations were duly and legally issued, are valid and subsisting. Registrations 611,710; 164,922; 1,627,241; 2,816,178; 613,465; 1,170,556; 1,450,212; and 2,752,258 are incontestable pursuant to 15 U.S.C. § 1065.

11.   BMW AG has licensed the Roundel logo and "BMW" word mark to BMW NA for use in connection with the distribution and sale of the aforementioned products in the United States.

12.   BMW NA distributes BMW passenger cars and BMW light trucks and provides maintenance services for its customers through nationwide networks of authorized dealers and service providers. BMW NA authorizes its dealerships to use the Roundel logo and "BMW" word mark in connection with the sale and/or service of BMW products.

13.   To create and maintain goodwill among its customers, BMW NA has taken substantial steps to assure that all authorized BMW dealers and service providers using the Roundel logo and "BMW" word mark are of the highest quality.

14.   BMW has expended millions of dollars in national advertising efforts in connection with its Roundel logo and "BMW" word mark. As a result of its long use and promotion of these marks, BMW has established the Roundel logo and "BMW" word as famous and distinctive marks.

HOWREY LLP

DM_US:22271394_1