## Defendant's Wrongful Activities

15. Defendant is displaying BMW's Roundel logo and "BMW" word mark on the building for his automotive business. (*See* Exhibit A.)

16. Defendant is also displaying BMW's Roundel logo and "BMW" word mark on his website at www.supereuropeanauto.com. (*See* Exhibit B.)

17. Defendant in resolution of a previous trademark infringement dispute with BMW signed an agreement with BMW in 2003 to "cease and desist all uses of the BMW trademarks and logos." (*See* Exhibit C.)

18. Since October 2008, BMW has requested on at least three occasions that Defendant cease its renewed infringing activities.

19. No response was ever received by Defendant, and Defendant has ignored BMW's communications and Defendant's previous agreement.

20. Defendant has never provided services for BMW or any of its subsidiaries, affiliates or authorized agents.

21. Defendant is not affiliated with or sponsored by BMW and has never been authorized by BMW or any of its subsidiaries, affiliates or authorized agents to use the Roundel logo and "BMW" word mark in any form.

22. Defendant's unauthorized use of BMW's Roundel logo and "BMW" word mark is intended to divert to Defendant persons who are interested in the products and services of BMW and to trade off the goodwill of these marks.

23. Defendant's unauthorized use of BMW's Roundel logo and "BMW" word mark in the manner described above:

    (a) is likely to cause confusion, to cause mistake, and/or to deceive customers and potential customers of the parties, as to the origin, sponsorship, or approval of Defendant's products and services, or as to some affiliation, connection, or association of Defendant with BMW;

6

(b) enables Defendant to trade off of and receive the benefit of goodwill BMW has earned and built up at great labor and expense over many years, and to gain acceptance for Defendant's products and services not solely on their own merits, but on the reputation and goodwill of BMW, its Roundel logo and "BMW" word mark, and its products and services;

(c) unjustly enriches Defendant; and

(d) unlawfully removes from BMW the ability to control the nature and quality of products and services provided under BMW's Roundel logo and "BMW" word mark and places the goodwill and valuable reputation of BMW in the hands of Defendant, over whom BMW has no control.

24. BMW has been damaged and continues to be damaged by Defendant's unauthorized use of BMW's Roundel logo and "BMW" word mark in the manner described above.

25. Unless these acts of Defendant are restrained by this Court, they will continue to cause irreparable injury to BMW and to the public for which there is no adequate remedy at law.

## Count I
## Federal Trademark Infringement
## (Lanham Act § 32, 15 U.S.C. § 1114(1))

26. BMW realleges and incorporates the allegations set forth in paragraphs 1 through 25 herein.

27. Defendant's use of BMW's Roundel logo and "BMW" word mark on or in connection with his goods and services is likely to cause confusion, to cause mistake or to deceive.

7.

28. The acts of Defendant complained of herein constitute use in commerce of reproductions, copies, or colorable imitations of BMW's federally registered Roundel logo and "BMW" word mark in connection with the sale, offering for sale, distribution and advertising of goods and services in violation of 15 U.S.C. § 1114(1).

29. Defendant's acts complained of herein have been deliberate, willful, intentional, and in bad faith, with full knowledge and in conscious disregard of BMW's rights its Roundel logo and "BMW" word mark and with intent to trade on BMW's vast goodwill in these marks.

30. As a result of the foregoing alleged actions of Defendant, Defendant has been unjustly enriched and BMW has been injured and damaged. Unless the foregoing alleged actions of Defendant are enjoined, BMW will continue to suffer injury and damage.

## Count II
### Federal Unfair Competition and False Designation of Origin
### (Lanham Act § 43(a), 15 U.S.C. § 1125)

31. BMW realleges and incorporates the allegations set forth in paragraphs 1 through 30 herein.

32. Defendant's unauthorized use of BMW's Roundel logo and "BMW" word mark falsely indicates that Defendant and his services are connected with, sponsored by, affiliated with, or related to BMW.

33. Defendant's use of BMW's Roundel logo and "BMW" word mark has caused, and is likely to continue to cause, confusion, mistake or deception as to the source or sponsorship of Defendant's goods and services.

34. Upon information and belief, Defendant's acts complained of herein have been deliberate, willful, and intentional, with full knowledge and in conscious disregard of BMW's rights in its marks and with intent to trade off BMW's vast goodwill in its marks.

35. Defendant's unauthorized use of BMW's Roundel logo and "BMW" word mark in connection with his goods and services allows Defendant to receive the benefit of BMW's goodwill, which BMW has established at great labor and expense, and further allows Defendant to expand his business and sales, based not on their own qualities, but on the reputation and goodwill of BMW.

36. The acts of Defendant complained of herein constitute unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

37. As a result of the foregoing alleged actions of Defendant, Defendant has been unjustly enriched and BMW has been injured and damaged. Unless the foregoing alleged actions of Defendant are enjoined, BMW will continue to suffer injury and damage.

## Count III
## Unfair Competition
## (Cal. Bus. & Prof. Code § 17200 et seq.)

38. BMW realleges and incorporates the allegations set forth in paragraphs 1 through 37 herein.

39. The acts of Defendant complained of herein constitute unfair competition in violation of the Cal. Bus. & Prof. Code §§ 17200, *et seq.*, as they are likely to deceive and mislead the public.

40. As a result of the foregoing alleged actions of Defendant, Defendant has been unjustly enriched and BMW has been injured and damaged. Unless the foregoing alleged actions of Defendant are enjoined, BMW will continue to suffer injury and damage.

HOWREY LLP

9

DM_US:22271394_1