## Count IV
## Trademark Infringement and Unfair Competition
## (Common Law of California)

41. BMW realleges and incorporates the allegations set forth in paragraphs 1 through 40 herein.

42. The acts of Defendant complained of herein constitute trademark infringement and unfair competition in violation of the common law of California.

43. Defendant's use of the infringing marks as described above has caused, is causing and, unless enjoined by this Court, will continue to cause confusion and mistake in the marketplace and deception of the trade and public as to the relationship or affiliation of the parties and the source, origin, or sponsorship of their respective goods and services.

44. Defendant's use of the infringing marks as described above has impaired, is impairing and, unless enjoined by this Court, will continue to impair BMW's reputation under its trademarks and has caused, is causing and, unless enjoined by this Court, will continue to cause injury and damage to BMW for which BMW is entitled to relief under the common law.

45. As a result of the foregoing alleged actions of Defendant, Defendant has been unjustly enriched and BMW has been injured and damaged. Unless the foregoing alleged actions of Defendant are enjoined, BMW will continue to suffer injury and damage.

## Count V
## Breach of Contract
## (Common Law of California)

46. BMW realleges and incorporates the allegations set forth in paragraphs 1 through 45 herein.

47. BMW and Defendant entered into an express contract attached hereto as Exhibit C.

HOWREY LLP

10

DM_US:22271394_1

48. Defendant has breached his contract with BMW, as alleged more specifically above.

49. As a result of the foregoing alleged actions, Defendant has been unjustly enriched and BMW has been injured and damaged. Unless the foregoing alleged actions of Defendant are enjoined, BMW will continue to suffer injury and damage.

## Prayer For Relief

WHEREFORE, BMW prays that:

1. Judgment be entered for BMW on its claims.
2. The 2003 agreement be enforced.
3. Defendant, his agents, servants, employees, attorneys, and all others in active concert or participation with any of them, be enjoined and restrained, during the pendency of this action, and permanently thereafter, from:
    (a) using BMW's Roundel logo and "BMW" word mark, and any other name or mark that is confusingly similar to these marks or any other mark or designation of BMW or its affiliates, including, but not limited to, use of those marks on websites, business signs, telephone directory advertisements, coupons, marketing materials, stationery, and business cards;
    (b) doing any other act or thing likely to confuse, mislead, or deceive others into believing that Defendant, or his products or services, are connected with, sponsored by or approved by, BMW.
4. An accounting be directed to determine Defendant's profits resulting from his activities and that such profits be paid over to BMW and increased as the Court finds to be just under the circumstances of this case.
5. Defendant be required to pay over to BMW:
    (a) in accordance with Section 35(a) of the Lanham Act, 15 U.S.C. §1117(a), an award of treble Plaintiffs' actual damages (including

HOWREY LLP

11

DM_US:22271394_1

lost trademark royalties) and Defendant's profits, together with profits resulting from sales by Defendant relating to his aforesaid trademark infringement and unfair competition;

    (b)    BMW's reasonable attorneys' fees and costs of this action.

6. Defendant, in accordance with Section 36 of the Lanham Act, 15 U.S.C. § 1118, be required to deliver up to BMW for destruction all labels, signs, prints, packages, bottles, receptacles, containers, papers, advertisements and other promotional materials in Defendant's possession or control bearing BMW's Roundel logo and "BMW" word mark.

7. Defendant, in accordance with Section 34(a) of the Lanham Act, 15 U.S.C. § 1116(a), be required to file with the Court, and serve upon BMW, within thirty (30) days after the entry and service on Defendant of an injunction, a report in writing and under oath, setting forth in detail the manner and form in which Defendant has complied with the terms of such injunction.

8. BMW recover such other relief as the Court may deem appropriate.

Dated: July 17, 2009

Respectfully submitted,

Dale J. Giali (S.B. No. 150382)
HOWREY LLP
4 Park Plaza
Irvine, California 92614
Telephone: (949) 759-3944
Facsimile: (949) 266-5529

Attorney for Plaintiffs
BMW of North America, LLC
and Bayerische Motoren Werke AG

HOWREY LLP

12

DM_US:22271394_1

## DEMAND FOR JURY TRIAL

Plaintiffs demand a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

Dated: July 17, 2009

Respectfully submitted,

Dale J. Giali (SBN 150382)
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, CA 92614
Telephone: (949) 759-3944
Facsimile: (949) 266-5529
gialid@howrey.com

*Counsel for Plaintiffs*
BMW of North America, LLC
and Bayerische Motoren Werke AG

13